| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelley, Jr., Walter D | USDC - E.D. Va | 05/31/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 Granby Street, Suite 329 Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Limited Partnership #1 |
| 2. Manager | LLC #1 |
| 3. Manager | LLC #2 |
| 4. Manager | LLC #3 |
| 5. Trustee | Trust #1 |
| 6. Trustee | Trust #2 |
| 7. Trustee | Trust #3 |
| 8. Trustee | Trust #4 |
| 9. Trustee | Trust #5 |
| 10. Administrator | UTMA Account #1 |
| 11. Administrator | UTMA Account #2 |
| 12. Administrator | UTMA Account #3 |
| 13. Director | Norfolk Botanical Garden Foundation |

RECEIVED 2007 JUN 25 A II: 26 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

| X | NONE *(No reportable agreements.)* |

|       DATE        |                    PARTIES AND TERMS                    |
| ---------------- | ----------------------------------------------------- |

1. _____    _____

2. _____    _____

3. _____    _____

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Regent University (teaching) | $ 4500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Louis K. Bonham, Esquire | January 13 - 14, 2006 Orlando, FL International Builders Seminar (Transporation, Meals, Room) |
| 2. | University of Texas | February 1 - 5, 2006 Austin, TX Intellectual Property Symposium (Transportation, Meals, Room) |
| 3. | Virginia State Bar | June 16, 2006 Virginia Beach, VA VSB Annual Meeting (Transportation) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Line of Credit (fka SouthTrust) | Unsecured Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TRUST #5 | G | Dividend | P1 | T | | | | | |
| 2.    -CMA Tax-Exempt Fund | | | | | | | | | |
| 3.    -Clear Media Ltd | | | | | | | | | |
| 4.    -AES Corp | | | | | | | | | |
| 5.    -American Tower Corp | | | | | Sell | 10/19 | K | | No Gain or Loss |
| 6.    -Autozone Inc | | | | | | | | | |
| 7.    -Cincinnati Bell Inc | | | | | | | | | |
| 8.    -Crown Holdings Inc | | | | | | | | | |
| 9.    -Fairfax Finl Holdings Ltd | | | | | Sell | 03/27 | J | | Loss |
| 10.    -Gladstone Coml Corp | | | | | | | | | |
| 11.    -Laidlaw Intl Inc | | | | | Sell | 01/11 | K | D | |
| 12.    -Liberty Media Corp | | | | | Sell | 04/27 | K | A | |
| 13.    -MGI Pharma Inc | | | | | | | | | |
| 14.    -Markel Corp. Holding Co | | | | | | | | | |
| 15.    -Massey Energy Co | | | | | | | | | |
| 16.    -Micros Sys Inc | | | | | | | | | |
| 17.    -Pioneer Natural Resources Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Saga Communications Inc | | | | | Sell | 06/06 | K | | Loss |
| 19. -Wellpoint Inc fka Anthem Inc | | | | | Sell | 09/19 | J | A | |
| 20. -Wellpoing Inc fka Anthem Inc | | | | | Sell | 09/27 | K | D | |
| 21. -Wells Fargo & Co | | | | | | | | | |
| 22. -Hanover County Wtr & Swr Bonds | | | | | Redemption | 02/01 | K | A | |
| 23. -Manassas VA Municipal Bond | | | | | | | | | |
| 24. -Virginia State Public School Authority Bond | | | | | Redemption | 08/01 | M | | No Gain or Loss |
| 25. -Arlington County VA Public Improvement Bond | | | | | | | | | |
| 26. -Richmond VA Public Utility Bond | | | | | | | | | |
| 27. -American Capital World Groth & Income Fund | | | | | | | | | |
| 28. -American Cap Inc. Bldr Fund | | | | | | | | | |
| 29. -American Washington Mut Investors Fund | | | | | | | | | |
| 30. -Blackrock Basic Value Fund (fka ML Basic Value Fund) | | | | | | | | | |
| 31. -American High Income Municipal Bond Fund | | | | | | | | | |
| 32. -Marsh & McLennan Cos | | | | | | | | | |
| 33. -Echostar Comunications Cl | | | | | | | | | |
| 34. -Tyco Intl Ltd New | | | | | Buy | 01/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Discovery Hldg Co (aka Liberty Media Corp) | | | | | Sell | 03/13 | J | A | |
| 36. -NUCO2 Inc | | | | | Buy | 02/07 | K | | |
| 37. -Lamar Advertising Co | | | | | Buy | 04/20 | J | | |
| 38. -Lamar Advertising Co | | | | | Buy | 04/27 | J | | |
| 39. -Cumulus Media Inc | | | | | Buy | 06/01 | K | | |
| 40. -Clear Channel Outdoor Holdings Inc | | | | | Buy | 06/09 | K | | |
| 41. -Penn National Gaming Inc | | | | | Buy | 10/30 | K | | |
| 42. -NUCO2 Inc | | | | | Buy | 11/08 | J | | |
| 43. -Fairfax Final Holdings Ltd | | | | | Sell | 12/08 | J | C | |
| 44. -NUCO2 Inc | | | | | Sell | 12/28 | K | | Loss |
| 45. TRUST #2 | E | Dividend | P1 | T | | | | | |
| 46. -CMA Tax-Exempt Fund | | | | | | | | | |
| 47. -GMAC Bonds | | | | | | | | | |
| 48. -Virginia Beach VA Development Authority Health Care Bond | | | | | | | | | |
| 49. -Richmond VA Metro Authority Expressway Bond | | | | | | | | | |
| 50. -Norfolk IDA Bond | | | | | | | | | |
| 51. -Henrico Co. Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Newport News Municipal Bond | | | | | | | | | |
| 53.  -Virginia State Public School Authority Bond | | | | | | | | | |
| 54.  -Virginia State Public Bldg. Bond | | | | | | | | | |
| 55.  -Virginia Multi Family Housing Bond | | | | | Redemption | 01/03 | J | A | |
| 56.  -Fairfax County Public Improvement Bond | | | | | | | | | |
| 57.  -Virginia State Public Bldg. Authority Bond | | | | | | | | | |
| 58.  -Ricmond Municipal Bond | | | | | | | | | |
| 59.  -Virginia Port Authority Bond | | | | | | | | | |
| 60.  -Hospitality PPTYS Trust (REIT) | | | | | | | | | |
| 61.  -Wachovia Common Stock (fka SouthTrust Corp.) | | | | | | | | | |
| 62.  -American Cap. Bldr. Fund | | | | | | | | | |
| 63.  -American High Income Municipal Bond Fund | | | | | Sell | 09/27 | K | C | |
| 64.  -Archstone Smith Trust (REIT) | | | | | | | | | |
| 65.  -ChevronTexaco Corp | | | | | | | | | |
| 66.  -GMH Communities Tr | | | | | Sell | 03/21 | K | | Loss |
| 67.  -Eaton Vance Floating Rate Fund | | | | | Sell | 09/06 | J | | Loss |
| 68.  -MFS Emerging Markets Debt Fund | | | | | Sell | 09/06 | J | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pimco All Asset Fund | | | | | | | | | |
| 70. -Pimco Real Return Bond Fund | | | | | Buy | 09/06 | J | | |
| 71. -Loomis Sayles Strategic Income Fund | | | | | Sell | 09/06 | J | A | |
| 72. -American Bond Fund of America | | | | | Buy | 09/06 | J | | |
| 73. -American Cap World Bond Fund | | | | | Buy | 09/06 | J | | |
| 74. TRUST #3 | G | Dividend | P1 | T | | | | | |
| 75. -ML Cash Reserves | | | | | | | | | |
| 76. -American Capital World | | | | | | | | | |
| 77. -American Euro Pacific Growth Fund | | | | | | | | | |
| 78. -American Small Cap Fund | | | | | | | | | |
| 79. -American Fundamental Income Fund | | | | | | | | | |
| 80. -American New Perspective Fund | | | | | Sell | 04/18 | J | C | |
| 81. BROKERAGE ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 82. -ML Cash Reserves | | | | | | | | | |
| 83. -The Phoenix Companies Inc. Common Stock | | | | | | | | | |
| 84. 401(k) #1 | G | Dividend | P1 | T | | | | | |
| 85. -AES Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Tower Corp | | | | | Sell | 03/01 | K | E | |
| 87. -American Tower Corp | | | | | Sell | 10/19 | L | F | |
| 88. -Cincinnati Bell Inc | | | | | | | | | |
| 89. -Clear Media Limited | | | | | | | | | |
| 90. -Crown Holdings Inc | | | | | | | | | |
| 91. -Cumulus Media Inc | | | | | Buy | 06/01 | K | | |
| 92. -Fairfax Finl Holdings Ltd | | | | | Sell | 03/27 | K | | Loss |
| 93. -Fairfax Finl Holdings Ltd | | | | | Sell | 12/08 | K | D | |
| 94. -Gladstone Coml Corp | | | | | | | | | |
| 95. -Healthextras Inc | | | | | Buy | 11/16 | K | | |
| 96. -IPC Holdings Ltd | | | | | Buy | 5/23 | K | | |
| 97. -Liberty Media Corp | | | | | Sell | 04/27 | L | C | |
| 98. -MGI Pharma Inc | | | | | | | | | |
| 99. -Markel Corp. Holdg Co | | | | | | | | | |
| 100. -Massey Energy Co | | | | | Buy | 03/21 | J | | |
| 101. -Massey Energy Co | | | | | Sell | 12/11 | J | C | |
| 102. -Micros Sys Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Penn Natl Gaming Inc | | | | | Buy | 10/30 | K | . | |
| 104.  -PMA Cap Corp | | | | | Sell | 05/23 | K | C | |
| 105.  -Precision Auto Care Inc | | | | | | | | | |
| 106.  -Saga Communications Inc | | | | | | | | | |
| 107.  -Wellpoint Inc (fka Anthem) | | | | | Sell | 07/25 | L | E | |
| 108.  -Fidelity Cash Reserves (fdrxx) | | | | | | | | | |
| 109.  -Marsh & McLennan Cos | | | | | | | | | |
| 110.  -Echostar Communications Cl | | | | | | | | | |
| 111.  -Carmax Inc | | | | | | | | | |
| 112.  -Pioneer Natural Resources Co | | | | | | | | | |
| 113.  -NUCO2 Inc | | | | | | | | | |
| 114.  -Clear Channel Outdoor Hldgs Inc | | | | | | | | | |
| 115.  -Discovery Hldg Co (aka Liberty Media Corp) | | | | | Sell | 03/13 | J | A | |
| 116.  LIMITED PARTNERSHIP #1 | C | Dividend | L | T | | | | | |
| 117.  -Dominion Res. Inc. | | | | | | | | | |
| 118.  -First Industrial Realty Trust | | | | | Sell | 05/26 | J | B | |
| 119.  -Mills Corp. | | | | | Sell | 06/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Precision Auto Care Inc. | | | | | Sell | 10/16 | J | | Loss |
| 121. -Note Receivable (American Recovery Services LLC) | | | | | | | | | |
| 122. LLC #2 | | | | | | | | | |
| 123. -Accounts Receivable | | None | M | U | | | | | |
| 124. -Note Receivable (William C. McKnew) | E | Interest | L | U | | | | | |
| 125. LLC #1 | | | | | | | | | |
| 126. -Note Receivable (American Recovery Services) | | None | J | U | | | | | |
| 127. -Wachovia Bank Account (fka SouthTrust) | A | Interest | J | T | | | | | |
| 128. -Note Receivable (S. Lapp) | | None | L | U | Loan | 01/06 | | | |
| 129. LLC #3 | | | | | | | | | |
| 130. -Wachovia Bank Account (fka SouthTrust) | A | Interest | J | T | | | | | |
| 131. -Note Receivable (KMK Factoring, LLC) | | None | J | U | | | | | |
| 132. TRUST #1 | A | Interest | N | T | | | | | |
| 133. -Wachovia Bank Account (fka SouthTrust Bank) | A | Interest | J | T | | | | | |
| 134. -Prudential Whole Life Policy | D | Dividend | M | T | | | | | |
| 135. -Mass Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 136. IRA #1 | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Retirement Reserves Cl (fka ML Cash Reserves) | | | | | | | | | |
| 138. -American Euro Pacific Growth Fund | | | | | Sell | 03/30 | J | A | |
| 139. -American Growth Fund | | | | | Sell | 03/30 | J | A | |
| 140. -ML Basic Value Fund | | | | | Buy | 03/30 | J | | |
| 141. -Blackrock Basic Value Fd (fka ML Basic Value Fund) | | | | | Sell | 10/11 | J | A | |
| 142. -Delaware American Services Fund | | | | | | | | | |
| 143. -Pimco Real Return Bond Fund | | | | | Buy | 03/30 | J | | |
| 144. -Lord Abbett Research Fund | | | | | Sell | 03/30 | J | A | |
| 145. -AIM Real Estate Fund | | | | | Sell | 03/30 | J | A | |
| 146. -Calvert Income Fund | | | | | Buy | 03/30 | J | | |
| 147. IRA #2 | B | Dividend | J | T | | | | | |
| 148. -Retirement Reserves Cl (fka ML Cash Reserves) | | | | | | | | | |
| 149. -Blackrock Basic Value Fd (fka ML Basic Value Fund) | | | | | | | | | |
| 150. -Blackrock Eurofund (fka ML Eurofund) | | | | | Sell | 05/02 | J | A | |
| 151. -Blackrock Fundamental Growth Fund (fka ML FGF) | | | | | | | | | |
| 152. -Blackrock Intl Value Fund (fka ML Intl Value Fund) | | | | | Sell | 05/02 | J | A | |
| 153. -Blackrock Large Cap Core Fund (fka ML | | | | | Sell | 01/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns Bl and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| LCCF) | | | | | | | | | |
| 154. -Blackrock Large Cap Core Fund (fka ML LCCF) | | | | | Sell | 04/12 | J | A | |
| 155. -Blackrock Large Cap Core Fund (fka ML LCCF) | | | | | Buy | 05/02 | J | | |
| 156. -Blackrock Pacific Fund) fka ML Pacific Fund | | | | | Sell | 05/02 | J | A | |
| 157. -Blackrock Small Cap Growth Fund (fka ML SCGF) | | | | | Sell | 05/02 | J | A | |
| 158. -Blackrock Value Opp Fund (fka ML Value Opp Fund) | | | | | Sell | 05/02 | J | A | |
| 159. -Blackrock High Income Fund (fka ML Bond Fund High Inc) | | | | | | | | | |
| 160. -Blackrock Bond Fund (fka ML Bond Fund Core Bond) | | | | | Buy | 05/02 | J | | |
| 161. -Blackrock Short Term Bond (fka ML Low Duration Fund | | | | | Buy | 05/02 | J | | |
| 162. 401(k) #2 | C | Dividend | L | T | | | | | |
| 163. -ML Retirement Reserves | | | | | | | | | |
| 164. -Hartford Growth Opportunities | | | | | Sell | 04/27 | J | A | |
| 165. -AIM Basic Value Fund | | | | | | | | | |
| 166. -Fidelity Adv Overseas Fund | | | | | Sell | 04/27 | J | A | |
| 167. -Franklin Small Cap Fund | | | | | Sell | 10/23 | J | A | |
| 168. -Thornburg International Value Fund | | | | | Sell | 04/27 | J | A | |
| 169. -AIM International Growth Fund | | | | | Sell | 04/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -Lord Abbett Affiliated Fund | | | | | Sell | 04/27 | J | A | |
| 171. -ML Basic Value Fund | | | | | Sell | 04/27 | J | A | |
| 172. -Oppenheimer Capital Appreciation Fund | | | | | Buy | 04/27 | J | | |
| 173. -Oppenheimer Capital Appreciation Fund | | | | | Sell | 10/23 | J | A | |
| 174. -Templeton Developing Markets Trust | | | | | Sell | 04/27 | J | A | |
| 175. -Templeton Developing Markets Trust | | | | | Sell | 10/23 | J | A | |
| 176. -Columbia Marsico Focused Eqty Fund (fka Nations Marsico) | | | | | Sell | 01/11 | J | A | |
| 177. -Columbia Marsico Focused Equity Fund | | | | | Buy | 04/27 | J | | |
| 178. -Columbia Marsico Focused Equity Fund | | | | | Sell | 04/12 | J | A | |
| 179. -Columbia Marsico Focused Equity Fund | | | | | Sell | 10/23 | J | A | |
| 180. -Ivy Global Natural Resourced Fund | | | | | Sell | 04/27 | J | A | |
| 181. -Ivy Global Natural Resourced Fund | | | | | Buy | 10/23 | J | | |
| 182. -Neuberg & Bermn Genesis Trust | | | | | Sell | 10/23 | J | A | |
| 183. -Muhlenkamp Fund | | | | | Buy | 04/27 | J | | |
| 184. -Muhlenkamp Fund | | | | | Sell | 10/23 | J | | Loss |
| 185. -Matthews Asia Pacific Fund | | | | | Buy | 04/27 | J | | |
| 186. -DWS Dreaman High Ret Eqt Instl (fka | | | | | Buy | 04/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| DWS Dreaman High Ret) | | | | | | | | | |
| 187.  -DWS Dreaman High ret Eqt Instl (fka DWS Dreaman High Ret) | | | | | Buy | 10/23 | J | | |
| 188.  -Davis New York Venture Fund | | | | | Buy | 04/27 | J | | |
| 189.  -Davis New York Venure Fund | | | | | Buy | 10/23 | J | | |
| 190.  -Federated Kaufmann Small Cap Fund | | | | | Buy | 10/23 | J | | |
| 191.  -First American Small Cap Select Fund | | | | | Buy | 10/23 | J | | |
| 192.  -Va Kampen Emerging Mkts Fund | | | | | Buy | 10/23 | J | | |
| 193.  -Allianz Ccm Capital App Rec Fund | | | | | Buy | 10/23 | J | | |
| 194. TRUST #4 | C | Dividend | M | T | | | | | |
| 195.  -ML Cash Reserves | | | | | | | | | |
| 196.  -Putnam Income Fund | | | | | Sell | 05/02 | J | | Loss |
| 197.  -ML Small Cap Growth Fund | | | | | Sell | 04/19 | J | A | |
| 198.  -ML Small Cap Growth Fund | | | | | Sell | 05/02 | J | A | |
| 199.  -ML Small Cap Growth Fund | | | | | Sell | 05/03 | J | A | |
| 200.  -ML Small Cap Growth Fund | | | | | Sell | 05/16 | J | A | |
| 201.  -ML Small Cap Growth Fund | | | | | Sell | 05/18 | J | A | |
| 202.  -ML Small Cap Growth Fund | | | | | Sell | 05/22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. -ML Small Cap Growth Fund | | | | | Sell | 06/21 | J | A | |
| 204. -ML Small Cap Growth Fund | | | | | Sell | 08/11 | J | A | |
| 205. -ML Small Cap Growth Fund | | | | | Sell | 09/18 | J | A | |
| 206. -Blackrock Small Cap Growth Fund (fka ML) | | | | | Sell | 10/26 | J | A | |
| 207. -ML Large Cap Core Fund | | | | | Sell | 01/11 | J | A | |
| 208. -ML Large Cap Core Fund | | | | | Sell | 04/12 | J | A | |
| 209. -ML Large Cap Core Fund | | | | | Sell | 04/19 | J | A | |
| 210. -ML Large Cap Core Fund | | | | | Sell | 05/03 | J | A | |
| 211. -ML Large Cap Core Fund | | | | | Sell | 05/16 | J | A | |
| 212. -ML Large Cap Core Fund | | | | | Sell | 05/18 | J | A | |
| 213. -ML Large Cap Core Fund | | | | | Sell | 05/22 | J | A | |
| 214. -ML Large Cap Core Fund | | | | | Sell | 06/21 | J | A | |
| 215. -ML Large Cap Core Fund | | | | | Sell | 07/12 | J | A | |
| 216. -ML Large Cap Core Fund | | | | | Sell | 08/11 | J | A | |
| 217. -ML Large Cap Core Fund | | | | | Sell | 09/18 | J | A | |
| 218. -Blackrock Large Cap Core Fund (fka ML) | | | | | Sell | 10/11 | J | A | |
| 219. -Blackrock Large Cap Core Fund (fka ML) | | | | | Sell | 10/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220.  -ML Fundamental Growth | | | | | Sell | 04/19 | J | A | |
| 221.  -ML Fundamental Growth | | | | | Sell | 05/03 | J | A | |
| 222.  -ML Fundamental Growth | | | | | Sell | 05/16 | J | A | |
| 223.  -ML Fundamental Growth | | | | | Sell | 05/18 | J | A | |
| 224.  -ML Fundamental Growth | | | | | Sell | 05/22 | J | A | |
| 225.  -ML Fundamental Growth | | | | | Sell | 06/21 | J | A | |
| 226.  -ML Fundamental Growth | | | | | Sell | 08/11 | J | A | |
| 227.  -ML Fundamental Growth | | | | | Sell | 09/18 | J | A | |
| 228.  -Blackrock Fundamental Growth (fka ML) | | | | | Sell | 10/26 | J | A | |
| 229.  -ML International Value Fund | | | | | Sell | 04/19 | J | A | |
| 230.  -ML International Value Fund | | | | | Sell | 05/02 | J | A | |
| 231.  -ML International Value Fund | | | | | Sell | 05/16 | J | A | |
| 232.  -ML International Value Fund | | | | | Sell | 05/18 | J | A | |
| 233.  -ML International Value Fund | | | | | Sell | 05/22 | J | A | |
| 234.  -ML International Value Fund | | | | | Sell | 06/21 | J | A | |
| 235.  -ML International Value Fund | | | | | Sell | 08/11 | J | A | |
| 236.  -ML International Value Fund | | | | | Sell | 09/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. -Blackrock Internaltional Value Fund (fka ML) | | | | | Sell | 10/26 | J | A | |
| 238. -ML Eurofund Cl | | | | | Sell | 04/19 | J | A | |
| 239. -ML Eurofund Cl | | | | | Sell | 05/03 | J | A | |
| 240. -ML Eurofund Cl | | | | | Sell | 05/16 | J | A | |
| 241. -ML Eurofund Cl | | | | | Sell | 05/18 | J | A | |
| 242. -ML Eurofund Cl | | | | | Sell | 05/22 | J | A | |
| 243. -ML Eurofund Cl | | | | | Sell | 06/21 | J | A | |
| 244. -ML Eurofund Cl | | | | | Sell | 08/11 | J | A | |
| 245. -ML Eurofund Cl | | | | | Sell | 09/18 | J | A | |
| 246. -Blackrock Eurofund (fka ML) | | | | | Sell | 10/26 | J | A | |
| 247. -ML Muni Interm Term Fund | | | | | Buy | 05/02 | J | | |
| 248. -ML Muni Interm Term Fund | | | | | Sell | 04/19 | J | | Loss |
| 249. -ML Muni Interm Term Fund | | | | | Sell | 05/03 | J | | Loss |
| 250. -ML Muni Interm Term Fund | | | | | Sell | 05/16 | J | | Loss |
| 251. -ML Muni Interm Term Fund | | | | | Sell | 05/18 | J | | Loss |
| 252. -ML Muni Interm Term Fund | | | | | Sell | 05/22 | J | | Loss |
| 253. -ML Muni Interm Term Fund | | | | | Sell | 06/21 | J | | Loss |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. -ML Muni Interm Term Fund | | | | | Sell | 08/11 | J | | Loss |
| 255. -ML Muni Interm Term Fund | | | | | Sell | 09/18 | J | | Loss |
| 256. -Blackrock Intermediate Municipal Fund (fka ML) | | | | | Sell | 10/26 | J | | Loss |
| 257. -ML Basic Value Fund Cl | | | | | Sell | 05/03 | J | A | |
| 258. -ML Basic Value Fund Cl | | | | | Sell | 05/16 | J | A | |
| 259. -ML Basic Value Fund Cl | | | | | Sell | 05/18 | J | A | |
| 260. -ML Basic Value Fund Cl | | | | | Sell | 05/22 | J | A | |
| 261. -ML Basic Value Fund Cl | | | | | Sell | 06/21 | J | A | |
| 262. -ML Basic Value Fund Cl | | | | | Sell | 08/11 | J | A | |
| 263. -ML Basic Value Fund Cl | | | | | Sell | 09/18 | J | A | |
| 264. -Blackrock BasicValue Fund (fka ML) | | | | | Sell | 10/26 | J | A | |
| 265. -ML Value Opp Fund Cl | | | | | Sell | 04/19 | J | A | |
| 266. -ML Value Opp Fund Cl | | | | | Sell | 05/02 | J | A | |
| 267. -ML Value Opp Fund Cl | | | | | Sell | 05/03 | J | A | |
| 268. -ML Value Opp Fund Cl | | | | | Sell | 05/16 | J | A | |
| 269. -ML Value Opp Fund Cl | | | | | Sell | 05/18 | J | A | |
| 270. -ML Value Opp Fund Cl | | | | | Sell | 05/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. -ML Value Opp Fund Cl | | | | | Sell | 06/21 | J | A | |
| 272. -ML Value Opp Fund Cl | | | | | Sell | 08/11 | J | A | |
| 273. -ML Value Opp Fund Cl | | | | | Sell | 09/18 | J | A | |
| 274. -Blackrock Value Opp Fund (fka ML) | | | | | Sell | 10/26 | J | A | |
| 275. -ML Municipal Bond Fund | | | | | Sell | 04/19 | J | | Loss |
| 276. -ML Municipal Bond Fund | | | | | Buy | 05/02 | J | | |
| 277. -ML Municipal Bond Fund | | | | | Sell | 05/03 | J | | Loss |
| 278. -ML Municipal Bond Fund | | | | | Sell | 05/16 | J | | Loss |
| 279. -ML Municipal Bond Fund | | | | | Sell | 05/18 | J | | Loss |
| 280. -ML Municipal Bond Fund | | | | | Sell | 05/22 | J | | Loss |
| 281. -ML Municipal Bond Fund | | | | | Sell | 06/21 | J | | Loss |
| 282. -ML Municipal Bond Fund | | | | | Sell | 08/11 | J | | Loss |
| 283. -ML Municipal Bond Fund | | | | | Sell | 09/18 | J | | Loss |
| 284. -Blackrock Short Term Municipal Fund (fka ML) | | | | | Sell | 10/26 | J | | Loss |
| 285. -ML Muni Bond National Cl | | | | | Sell | 04/19 | J | | Loss |
| 286. -ML Muni Bond National Cl | | | | | Buy | 05/02 | J | | |
| 287. -ML Muni Bond National Cl | | | | | Sell | 05/03 | J | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. -ML Muni Bond National Cl | | | | | Sell | 05/16 | J | | Loss |
| 289. -ML Muni Bond National Cl | | | | | Sell | 05/18 | J | | Loss |
| 290. -ML Muni Bond National Cl | | | | | Sell | 05/22 | J | | Loss |
| 291. -ML Muni Bond National Cl | | | | | Sell | 06/21 | J | | Loss |
| 292. -ML Muni Bond National Cl | | | | | Sell | 08/11 | J | | Loss |
| 293. -ML Muni Bond National Cl | | | | | Sell | 09/18 | J | | Loss |
| 294. -Blackrock National Municipal Fund (fka ML) | | | | | Sell | 10/26 | J | | Loss |
| 295. -ML Pacific Fund Cl | | | | | Sell | 04/19 | J | A | |
| 296. -ML Pacific Fund Cl | | | | | Sell | 05/02 | J | A | |
| 297. -ML Pacific Fund Cl | | | | | Sell | 05/03 | J | A | |
| 298. -ML Pacific Fund Cl | | | | | Sell | 05/16 | J | A | |
| 299. -ML Pacific Fund Cl | | | | | Sell | 05/18 | J | A | |
| 300. -ML Pacific Fund Cl | | | | | Sell | 05/22 | J | A | |
| 301. -ML Pacific Fund Cl | | | | | Sell | 06/21 | J | A | |
| 302. -ML Pacific Fund Cl | | | | | Sell | 08/11 | J | A | |
| 303. -ML Pacific Fund Cl | | | | | Sell | 09/18 | J | A | |
| 304. -Blackrock Pacific Fund (fka ML) | | | | | Sell | 10/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. 401(k) #3 | C | Dividend | K | T | | | | | |
| 306. -ML Retirement Reserves | | | | | | | | | |
| 307. -Fidelity Adv Div Intl Fund | | | | | Sell | 10/20 | J | A | |
| 308. -Pimco Real Return Bond Fund | | | | | Buy | 04/28 | J | | |
| 309. -Blcakrock Sm Cap Grth Equity Port Fund | | | | | Sell | 04/28 | J | A | |
| 310. -Oppenheimer Developing Markets Fund | | | | | Sell | 04/28 | J | A | |
| 311. -Oppenheimer Developing Markets Fund | | | | | Sell | 10/20 | J | A | |
| 312. -Loomis Sayles Bond Fund | | | | | Buy | 04/28 | J | | |
| 313. -Loomis Sayles Bond Fund | | | | | | | | | |
| 314. -Blackrock Aggrgte Bd Index Fund (fka ML) | | | | | Sell | 10/20 | J | | Loss |
| 315. -Eaton Vance Floating Fund | | | | | Buy | 04/28 | J | | |
| 316. -Eaton Vance Floating Fund | | | | | Sell | 10/20 | J | | Loss |
| 317. -Hartford Capital Appreciation Cl Fund | | | | | Sell | 01/11 | J | A | |
| 318. -Hartford Capital Appreciation Cl Fund | | | | | Sell | 04/12 | J | A | |
| 319. -Hartford Capital Appreciation Cl Fund | | | | | Sell | 04/2 | J | A | |
| 320. -MFS Value Fund Cl | | | | | Buy | 04/28 | J | | |
| 321. -MFS Value Fund Cl | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. -Columbia Marsico Focused Eqty Fund (fka Nations Marsico) | | | | | | | | | |
| 323. -Victory Diversified Stock Fund | | | | | Sell | 04/28 | J | A | |
| 324. -Calvert Income Fund Com | | | | | Buy | 04/28 | J | | |
| 325. -FPA New Income Inc. Fund | | | | | Buy | 04/28 | J | | |
| 326. -FPA New Income Inc. Fund | | | | | Sell | 10/20 | J | | Loss |
| 327. -Royce Penn Mut Fund | | | | | Sell | 04/28 | J | A | |
| 328. -The Oakmark Intl Fund | | | | | Buy | 10/20 | J | | |
| 329. -Blackrock Tl Rtn | | | | | Buy | 10/20 | J | | |
| 330. UTMA Account #1 | A | Dividend | J | T | | | | | Account opened 03/16/06 |
| 331. -ML Bank Deposit Program | | | | | Deposit | 03/20 | J | | |
| 332. -American Growth Fund of America Cl | | | | | Buy | 08/08 | J | | |
| 333. -American Growth Fund of America Cl | | | | | Buy | 08/21 | J | | |
| 334. UTMA Account #2 | A | Dividend | J | T | | | | | Account opened 3/16/06 |
| 335. -ML Bank Deposit Program | | | | | Deposit | 03/20 | J | | |
| 336. -American Growth Fund of America | | | | | Buy | 08/08 | J | | |
| 337. -American Growth Fund of America | | | | | Buy | 08/21 | J | | |
| 338. UTMA Account #3 | A | Dividend | J | T | | | | | Account opened |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | 3/16/06 |
| 339. -ML Bank Deposit Program | | | | | Deposit | 03/20 | J | | |
| 340. -American Growth Fund of America | | | | | Buy | 08/08 | J | | |
| 341. -American Growth Fund of America | | | | | Buy | 08/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Ford Motor Credit Bonds were erroneously listed in Trust #2 on my 2005 Annual Report. The Ford Motor Credit Bonds were sold on 2/20/04 and should have been listed as such on my 2004 Annual Report. The value code was K and there was neither a gain or a loss. Accordingly, this bond will not be listed under Trust #2 this 2006 Annual Report.

Under IRA #1, IRA #2, Trust #4 and 401(k) #3, all ML Funds were purchased by Blackrock. The exact name changes are follows:

Stock was named ML Basic Value Fund. Stock is now named Blackrock Basic Value Fund.
Stock was named ML Eurofund. Stock is now named Blackrock Eurofund.
Stock was named ML Fundamental Growth Fund. Stock is now named Blackrock Fundamental Growth Fund.
Stock was named ML Intl Value Fund. Stock is now named Blackrock Intl Value Fund.
Stock was named ML Large Cap Core Fund. Stock is now named Blackrock Large Cap Core Fund.
Stock was named ML Pacific Fund. Stock is now named Blackrock Pacific Fund.
Stock was named ML Value Opp Fund. Stock is now named Blackrock Value Opp Fund.
Stock was named ML Low Duration Fund. Stock is now named Blackrock Short Term Bond Fund.
Stock was named ML Small Cap Growth Fund. Stock is now named Blackrock Small Cap Growth.
Stock was named ML Bond Fund High Inc. Stock is now named Blackrock High Income Fund.
Stock was named ML Bond Fund Core Bond. Stock is now named Blackrock Bond Fund.
Stock was named ML Muni Interm Term Fund. Stock is now named Blackrock Intermediate Municipal Fund.
Stock was named ML Municipal Bond Fund. Stock is now named Blackrock Short-Term Municipal Fund.
Stock was named ML Muni Bond National Cl. Stock is now named Blackrock National Municipal Fund.
Stock was named ML Aggrgte Bd Index Fund. Stock is now named Blcakrock Aggregate Bond Index Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Jr., Walter D | 05/31/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___6/22/07_____

NOTE: ANY I... ...AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544